### PEOPLE *ex rel.* BOHEN v. PURROY *et al.,* Fire Commissioners.

*(Supreme Court, General Term, First Department.* November 18, 1892.)

MUNICIPAL CORPORATIONS—DISCHARGE OF FIREMAN—REVIEW ON CERTIORARI.

The decision of the fire commissioners of New York city, dismissing a fireman for misconduct and neglect of duty, after a trial on written charges, will not be disturbed on *certiorari,* where there is no question as to jurisdiction or procedure, and the evidence is conflicting.

Application for writ of *certiorari* by James Bohen to review the action of the fire commissioners of the city of New York in dismissing the relator from the fire department. Writ dismissed, and judgment of the commissioners affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and LAWRENCE, JJ.

*Louis J. Grant,* for relator. *William L. Findley,* for respondents.

LAWRENCE, J. We are of the opinion that the record in this case presents no question which calls for a reversal of the judgment of the fire commissioners by this court. Written charges of misconduct and neglect of duty were preferred against the relator. He was heard in his defense, and after such hearing, upon conflicting testimony, the commissioners adjudged him guilty, and dismissed him from the service of the department. No question of want of jurisdiction or of irregular procedure is raised by the record, and with the decision of the commissioners on conflicting evidence this court cannot interfere. *People* v. *Board of Fire Com'rs,* 100 N. Y. 85, 2 N. E. Rep. 613;

*People* v. *Same*, 82 N. Y. 358; *People* v. *French*, 110 N. Y. 497, 18 N. E. Rep. 133.    The writ must be dismissed, and the judgment of the fire commissioners affirmed, with costs and disbursements.    All concur.